# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2014

## NO. 03-13-00179-CV

**Jose Duran and Maria Duran, Appellants**

**v.**

**JB Goodwin Realtors and Xuan Le, Appellees**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND ABOUSSIE*
### AFFIRMED -- OPINION BY JUSTICE ABOUSSIE

This is an appeal from the judgment signed by the trial court on February 15, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.

* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).